**IN THE UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF MISSISSIPPI  
GREENVILLE DIVISION**

**BOBBY SANDERS**   **Plaintiff**

**vs.**   NO. 4:05CV12-P-B

**DONALD A. CABANA  
J. J. STREETER  
PAMELA ROBINSON  
TARA JAMES  
LITITIA ROACH  
LINDA ROBERTSON  
MARICE FORMAN  
FRANCES GRIFFIN  
LINDA ROBERSON**   **Defendants**

## ORDER OF DISMISSAL

The court, on its own motion, hereby dismisses without prejudice the above cause of action as to Defendant Marice Forman, in that said action has been pending for several months, and plaintiff, after repeated requests from the Clerk of Court, has failed to prosecute this action as to Defendant Marice Forman. Therefore, the above action as to Defendant Marice Forman is hereby dismissed without prejudice due to failure to prosecute by plaintiff.

Also, the Court notes that summons issued for Defendant Linda Robertson, 74A Charlie Boy Road, Benoit, MS 38728 on 10/31/05; said summons was returned executed with signature by Linda **Roberson**, and an Answer filed in behalf of Linda **Roberson** on 3/13/06. Therefore the Court on its own motion terminates Linda Robertson as a Defendant in this case.

Defendants Donald A. Cabana, J. J. Streeter, Pamela Robinson, Tara James, Lititia Roach, Frances Griffin and Linda Roberson remain in this action

This, the 14th day of July, 2006.

/s/ W. Allen Pepper, Jr.  
W. ALLEN PEPPER, JR.,  
UNITED STATES DISTRICT JUDGE