IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOBBY SANDERS                                                             PLAINTIFF

VS.                                                                   NO. 4:05CV012-P-B

DONALD A. CABANA, et al.,                                               DEFENDANTS

# FINAL JUDGMENT

In accordance with the opinion issued this day, it is ORDERED

1) Defendants' motion for summary judgment (docket entry 60) is GRANTED;

2) Plaintiff's claims against all Defendants are dismissed; and

3) this case is CLOSED.

**IT IS SO ORDERED.**

THIS the 23rd day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE